IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:12-CV-00136-RLV-DSC

| | |
|---|---|
| **FAST COMPANY DISTRIBUTORS, INC.** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | )<br>) **ORDER ON JOINT MOTION OF**<br>) **DISMISSAL OF ALL CLAIMS AND** |
| **BECON PTY LTD; DRAGGIN JEANS PTY**<br>**LTD; and GRANT MACKINTOSH, an**<br>**individual.** | ) **COUNTERCLAIMS WITH**<br>) **PREJUDICE**<br>)<br>) |
| **Defendants.** | )<br>) |

This matter having come before the Court on the joint motion of plaintiff Fast Company Distributors, Inc. ("Fast Company") and Becon Pty Ltd, Draggin Jeans Pty Ltd, and Grant Mackintosh (collectively "Defendants"), pursuant to Rule 41(a)(2), FED. R. CIV. P.;

AND, the Court having reviewed the joint motion submitted by the parties;

AND, for good cause appearing;

IT IS HEREBY ORDERED, that all claims brought by Fast Company and all counterclaims brought by Defendants are hereby **DISMISSED WITH PREJUDICE**. Each side is to bear their own attorneys' fees, costs, and expenses associated with this proceeding.

Signed: May 19, 2014

*/s/ Richard L. Voorhees/*
Richard L. Voorhees
United States District Judge